IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

| | | |
|---|---|---|
| BILL CASEY ELECTRIC SALES, INC., | ) 2019L000617 | Chris Kachiroubas<br>e-filed in the 18th Judicial Circuit Court<br>DuPage County<br>ENVELOPE: 5284176<br>2019L000617<br>FILEDATE: 6/4/2019 12:36 PM<br>Date Submitted: 6/4/2019 12:36 PM<br>Date Accepted: 6/4/2019 3:02 PM<br>MP |
| Plaintiff, | ) | |
| | ) Case No. | |
| v. | ) | |
| | ) | |
| CITIZENS INSURANCE COMPANY OF | ) | JURY TRIAL DEMANDED |
| AMERICA, a member of THE HANOVER | ) | |
| INSURANCE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff BILL CASEY ELECTRIC SALES, INC. (hereinafter Plaintiff), by their attorneys, Kelleher & Buckley, LLC, for their Complaint at Law against Defendant, CITIZENS INSURANCE COMPANY OF AMERICA, a member of THE HANOVER INSURANCE GROUP, and states as follows:

### COUNT I – BREACH OF CONTRACT

1. Plaintiff was and is the owner of a commercial building located at 1001 Industrial Dr. in Bensenville, IL.

2. Citizens Insurance Company of America, a member of The Hanover Insurance Group (hereinafter Citizens), is a foreign corporation engaged in the business of underwriting and issuing commercial lines insurance policies in the State of Illinois.

3. Citizens issued a commercial lines policy to Plaintiff for the period of May 29, 2018 to May 29, 2019 (the insurance policy, a copy of the declaration page of which is attached to this Complaint as Exhibit A).

4.	Under the insurance policy, Citizens insured against physical loss to the covered buildings and covered property due to hail damage unless an exclusion applies.

5.	Loss caused by hail damage is not excluded under the terms and conditions of the insurance policy.

6.	On or before June 14, 2018, while the insurance policy was in full force and effect, property damage and loss resulted from hail damage on the subject and covered building and property.

7.	Plaintiff promptly notified Citizens of the hail damage and submitted a claim under the insurance policy.

8.	Plaintiff has substantially performed all conditions precedent required of it, requested of it, and/or not waived by Citizens, including: A. Paying the premium for the insurance policy, B. Giving prompt notice of the hail damage, C. Cooperating in the investigation of the claim, and D. Timely filing suit.

9.	Although requested to do so, Citizens has failed and refused to pay Plaintiff for the full cost to repair and/or to replace all of the damage from the hail, which failure and refusal constitutes a breach of the insurance policy.

10.	The insurance policy is an instrument in writing within the meaning of the Illinois Interest Act and therefore Plaintiff is entitled to prejudgment interest.

WHEREFORE, Plaintiff, BILL CASEY ELECTRIC SALES, INC., prays that this Court enter judgment in its favor and against defendant, CITIZENS INSURANCE COMPANY OF AMERICA, a member of THE HANOVER INSURANCE GROUP, in an amount in excess of $50,000 plus prejudgment interest.

## COUNT II – SECTION 155 RELIEF

11. Plaintiff realleges paragraphs 1 through 10 of Count I as paragraph 11 of Count II of the complaint.

12. As of the time of the losses, Citizens' internal claim handling policies, practices, and procedures included compliance with Part 919 of the Illinois Administrative Code and compliance with Sections 154.5 and 154.6 of the Illinois Insurance Code.

13. Plaintiff is entitled to an award of attorney fees and taxable costs under Section 155 of the Illinois Insurance Code by virtue of Citizens engaging in the following vexatious and unreasonable conduct:

   a. Not attempting in good faith to effectuate a prompt, fair, and equitable settlement of their claim, a claim in which liability was reasonably clear, in violation of Section 154.6 of the Illinois Insurance Code and in violation of the regulations promulgated by the Illinois Director of Insurance within Section 919.50 of the Illinois Administrative Code;

   b. Failing and refusing to pay for all their covered losses to the building or buildings without conducting a full, fair, and objective investigation based on all available facts and circumstances, in violation of its internal claims policies, practices, and procedures and in violation of Section 154.6 of the Illinois Insurance Code; and

   c. Forcing plaintiff to retain legal counsel to investigate their claim and to sue to recover the benefits that should have been immediately forthcoming under the insurance policy.

3

WHEREFORE, Plaintiff, BILL CASEY ELECTRIC SALES, INC., prays for an award of attorney fees and other taxable costs under Section 155 of the Illinois Insurance Code in their favor and against Defendant, CITIZENS INSURANCE COMPANY OF AMERICA, a member of THE HANOVER INSURANCE GROUP.

Respectfully Submitted,

By: _____
One of the Attorneys for Plaintiff,
BILL CASEY ELECTRIC SALES, INC.

Donald E. Stellato, Sr. (ARDC# 2721090)
Robert F. Krug (ARDC# 1535110)
dstellato@kelleherbuckley.com
rkrug@kelleherbuckley.com
Kelleher & Buckley, LLC
102 S. Wynstone Park Drive
North Barrington, IL  60010
P: (847) 382-9130
F: (847) 382-0135
DuPage Firm #26871