**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BILL CASEY ELECTRIC SALES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-04515 |
| v. | ) | Honorable John F. Kness |
| | ) | Magistrate Judge Jeffrey Cummings |
| CITIZENS INSURANCE COMPANY OF | ) | |
| AMERICA, a member of THE HANOVER | ) | |
| INSURANCE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT IN REASSIGNED CASE**

NOW COME the Parties, by their respective attorneys of record, and for their Joint Status Report in Reassigned Case, state as follows:

**I. NATURE OF THE CASE**

A. <u>Attorneys of record for each party</u>:

    i. Attorney of record for Plaintiff: Ronald B. Kowalczyk (Lead, Trial Attorney), Kelleher & Buckley, LLC.

    ii. Attorneys of record for Defendant: Rick Hammond (Lead, Trial Attorney) and Amy E. Johnson, HeplerBroom, LLC.

B. <u>Bases for jurisdiction</u>: Jurisdiction of the Court is premised on 28 U.S.C. §1332(a)(1), 28 U.S.C. §1441(a), and 28 U.S.C. §1446. Defendant timely removed this action from the Eighteenth Judicial Circuit, DuPage County, Illinois.

C. <u>Nature of the claims</u>: Plaintiff filed its complaint against Defendant for breach of contract (Count I) and Section 155 relief (Count II), arising out of Plaintiff's first party property insurance claim for alleged hail damage to its roof(s). Defendant answered and filed affirmative defenses.

D. <u>Relief sought by Plaintiff</u>: The Complaint seeks:

1

       i. Damages, including compensatory and statutory damages, to Plaintiff in the amount of approximately $200,000.00 plus approximately $100,000.00 in additional penalties, interest, expenses, and fees.

    E. <u>Parties Not Yet Served</u>:    None.

## II. DISCOVERY AND PENDING MOTIONS

A. There are no motions pending before the Court. No motions have been mooted. The Parties intend to file a joint motion for extension of time to complete discovery, in the event that this matter is not resolved at mediation.

The Parties have not exchanged MIDP Disclosures due to settlement discussions. This case was originally assigned to Judge Castillo, who ordered that the Parties explore settlement prior to preparing mandatory disclosures. (Dkt. #14). In September 2020, the case was reassigned to Judge Seeger who, on December 23, 2019, acknowledged that the Parties agreed to mediate, picked a mediator, and were working on scheduling the mediation, which was scheduled to take place in the upcoming months. (Dkt. #25). On January 27, 2020, the Court granted the Parties' Joint Motion for Extension of Time to Complete Discovery and ordered discovery closed on July 26, 2020. (Dkt. ## 26, 28).

B. The Parties have not conducted discovery at this time as they are scheduled to participate in a remote mediation with Retired Judge Hollis Webster on June 22, 2020.

C. There have been no substantive rulings in the case.

## III. TRIAL STATUS

A. Jury demanded.

B. The Parties will be ready for trial by upon the completion of discovery, and the Parties expect to file a motion for extension of time to conduct discovery, in the event that mediation is not successful.

C. The Parties have not filed a final pretrial order, and there is no current deadline to file same.

D. Estimated length of trial – 3 days.

## IV. SETTLEMENT, REFERRALS, AND CONSENT

A. The Parties have engaged in settlement discussions and Plaintiff has tendered a written demand. The Parties are scheduled to participate in a remote mediation with Retired Judge Hollis Webster on June 22, 2020.

    B. The case has not been referred to the Magistrate Judge.

    C. The Parties do not request a settlement conference at this time.

    D. The Parties are aware of the possibility of proceeding before Magistrate Judge Cummings. The Parties do not consent to proceed before the Magistrate Judge at this time.

## V. OTHER

    A. The Parties request a status hearing after June 22, 2020.

Dated: May 18, 2020

        Respectfully submitted,

        */s/ Ronald B. Kowalczyk*
        Ronald B. Kowalczyk, Jr. (ARDC# 6274373)
        KELLEHER & BUCKLEY, LLC
        102 S. Wynstone Park Drive
        North Barrington, IL 60010
        Tel. (847) 382-9130
        rkowlaczyk@kelleherbuckley.com

        */s/ Amy E. Johnson*
        Amy E. Johnson (ARDC#6243535)
        Rick Hammond (ARDC#6197431)
        HeplerBroom, LLC
        30 N. LaSalle Street, Suite 2900
        Chicago, IL 60602
        Tel. (312) 230-9201
        ajohnson@heplerbroom.com
        rhammond@heplerbroom.com