# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BILL CASEY ELECTRIC SALES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITIZENS INSURANCE COMPANY OF ) <br> AMERICA, a member of THE HANOVER ) <br> INSURANCE GROUP, ) <br> ) <br> Defendant. ) | No. 1:19-cv-04515 <br> Honorable John F. Kness <br> Magistrate Judge Jeffrey Cummings |

## JOINT STIPULATION TO DISMISS

The Parties, having paid all costs and fees arising from this lawsuit, stipulate to the dismissal of Plaintiff, BILL CASEY ELECTRIC SALES, INC.'s claims against Defendant, CITIZENS INSURANCE COMPANY OF AMERICA, A MEMBER OF THE HANOVER INSURANCE GROUP, *with prejudice* pursuant to Federal Rule of Civil Procedure 41.

Dated: July 15, 2020

Respectfully submitted,

*/s/ Ronald B. Kowalczyk*
Ronald B. Kowalczyk, Jr. (ARDC# 6274373)
KELLEHER & BUCKLEY, LLC
102 S. Wynstone Park Drive
North Barrington, IL 60010
Tel. (847) 382-9130
rkowlaczyk@kelleherbuckley.com

*/s/ Amy E. Johnson*
Amy E. Johnson (ARDC#6243535)
Rick Hammond (ARDC#6197431)
HeplerBroom, LLC
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
Tel. (312) 230-9201
ajohnson@heplerbroom.com
rhammond@heplerbroom.com

1